UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFERSON D. CALLAGHAN,

    Plaintiff,

  v.

ROGER E. WALKER, JR., DONALD HULICK, and BARBARA MUELLER,

    Defendants.

Case No. 09-cv-534-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Magistrate Judge Donald G. Wilkerson's order to show cause (Doc. 45) on or before June 15, 2010, why this case should not be dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff Jefferson D. Callaghan's failure to keep the Court apprized of his current location, as required by Local Rule 3.1(b) and the Court's March 5, 2010 order (Doc. 40). Callaghan has not responded to the order to show cause. Therefore, as it warned it would, the Court **DISMISSES** this case **with prejudice** pursuant to Rule 41(b) for failure to prosecute and to comply with court rules and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 7, 2010**

                              s/ J. Phil Gilbert
                              **J. PHIL GILBERT**
                              **DISTRICT JUDGE**