UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEFFERSON D. CALLAGHAN,

    Plaintiff,

  v.

ROGER E. WALKER, JR., DONALD
HULICK, and BARBARA MUELLER,

    Defendants.

Case No. 09-cv-534-JPG

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to prosecute this case,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NANCY J. ROSENSTENGEL, Clerk of Court**

**By s/ Jina D. Hoyt, Deputy Clerk**

Date: July 7, 2010

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**